# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Julie E. | Eleventh Circuit Court of Appeals | 05/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

56 Forsyth Street, N.W.
Suite 456
Atlanta, Georgia 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Executor | Estate #1 |
| 3. Trustee | Trust #2 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | self-employed; partner in law firm |
| 2. | 2014 | part-time employee; University System of Georgia |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union cash acc't | A | Interest | M | T | | | | | |
| 2. SunTrust Bank cash acc't | A | Interest | O | T | | | | | |
| 3. Trust #1 | | | | | | | | | |
| 4. - Suntrust Bank cash acc't | A | Interest | J | T | | | | | |
| 5. - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank cash acc't | A | Interest | M | T | | | | | |
| 7. Capital One 360 cash acc't | B | Interest | M | T | | | | | |
| 8. Prudential Life Insurance Company Annuity | A | Dividend | O | T | | | | | |
| 9. Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 10. Clayton Cnty GA Dev Auth Rev Tuff Archives RF 07/01/2025 | C | Interest | M | T | | | | | |
| 11. Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | L | T | | | | | |
| 12. Gainesville-Hall Cnty GA HSPRV Northeast B RF 02/15/2045 | C | Interest | L | T | | | | | |
| 13. GEORGIA MUN GAS AUTH GAS REV TOCCOA PROJ DUE 6/01/20 | B | Interest | K | T | | | | | |
| 14. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | | T | Redeemed | 08/01/14 | K | A | |
| 15. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |
| 16. GA ST Hsg&Fin AU Single Fam Mtg Sr.A,Subsr A-2-AMT due 6/1/16 | B | Interest | L | T | | | | | |
| 17. Fayette Co. GA Sch DT Maty: 03/01/2017 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | C | Interest | L | T | | | | | |
| 19. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | L | T | | | | | |
| 20. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 21. Schwab Money Market Fund cash acc't | A | Interest | N | T | | | | | |
| 22. Bestbank cash acc't | A | Interest | | T | Closed | 02/28/14 | K | A | |
| 23. Merrill Lynch Bank cash acc't | A | Interest | N | T | | | | | |
| 24. BB&T Bank cash acc't | A | Interest | | T | Closed | 08/01/14 | M | A | |
| 25. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 26. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 27. Phoenix AZ Ser A Maty: 7/01/21 | C | Interest | M | T | | | | | |
| 28. Pennsylvania ST First Ser A Nov 01/17 | D | Interest | M | T | | | | | |
| 29. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 30. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | D | Interest | M | T | | | | | |
| 31. TALLAHASSEE FLA HLTHFACSREV TALLAHASSEE MEM HLTHCARE 12/1/30 | C | Interest | L | T | | | | | |
| 32. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Dividend | M | T | | | | | |
| 33. The Endowment Registered Fund LP | A | Dividend | | T | Sold (part) | 02/06/14 | M | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold | 05/15/14 | N | A | |
| 35. AMERICAN CAPITAL INCOME BUILDER FD CL F2 (CAIFX) | C | Dividend | M | T | Buy | 05/12/14 | L | | |
| 36. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 37. | | | | | Buy (add'l) | 10/29/14 | L | | |
| 38. AMERICAN FUNDS INCOME FUND OF AMERICA CL F2 (AMEFX) | B | Dividend | M | T | Buy | 08/25/14 | M | | |
| 39. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 40. DWS RREEF GLOBAL INFRAST SEC FUND CL S (TOLSX) | A | Dividend | | T | Sold | 08/24/14 | M | E | |
| 41. EATON VANCE RCHRD BRSTN EQUITY STRATGY FD (ERBIX) | B | Dividend | L | T | Buy (add'l) | 02/14/14 | J | | |
| 42. Pimco Unconstrained Bond Fund CL P (PUCPX) | B | Dividend | | T | Sold | 10/02/14 | M | C | |
| 43. Blackrock Global Allocation FD INC INSTL (MALOX) | D | Dividend | M | T | | | | | |
| 44. Blackrock Multi Asset INCOME PORTFOLIO INSTL (BIICX) | D | Dividend | M | T | Buy (add'l) | 08/18/14 | J | | |
| 45. | | | | | Buy (add'l) | 11/16/14 | J | | |
| 46. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | C | Dividend | L | T | | | | | |
| 47. GOLDMAN SACHS SATELLITE STRATEGIES PORT FD I (GXSIX) | D | Dividend | M | T | Sold (part) | 09/30/14 | L | B | |
| 48. ISHARES MSCI EAFE INDEX FUND (EFA) | B | Dividend | L | T | Buy (add'l) | 03/06/14 | J | | |
| 49. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 50. | | | | | Buy (add'l) | 03/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 52. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 53. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 54. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 55. THORNBURG INVSMT INCOME BUILDER FUND CL I (TIBIX) | D | Dividend | M | T | Buy (add'l) | 07/28/14 | J | | |
| 56. | | | | | Buy (add'l) | 08/08/14 | K | | |
| 57. VANGUARD VALUE ETF (VTV) | A | Dividend | L | T | Buy (add'l) | 02/26/14 | J | | |
| 58. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 59. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 60. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 61. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 62. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 63. Goldman Sachs Strategic Income Fund CL I (GSZIX) | C | Dividend | L | T | | | | | |
| 64. Ishares Select Divid Index FD (DVY) | C | Dividend | M | T | Buy (add'l) | 03/06/14 | J | | |
| 65. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 66. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 67. | | | | | Buy (add'l) | 07/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 69. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 70. ISHARES S&P 100 (OEF) | B | Dividend | L | T | Buy (add'l) | 03/06/14 | J | | |
| 71. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 72. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 73. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 74. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 75. JP Morgan Income Builder Fund CL Select (JNBSX) | C | Dividend | M | T | Buy (add'l) | 07/08/14 | J | | |
| 76. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 77. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 78. | | | | | Buy (add'l) | 11/19/14 | K | | |
| 79. JP Morgan Strategic Income OPP Fund (JSOSX) | B | Dividend | M | T | Buy (add'l) | 02/19/14 | K | | |
| 80. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 81. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 82. Pimco Income Fund CL P (PONPX) | C | Dividend | | T | Buy (add'l) | 02/19/14 | K | | |
| 83. | | | | | Sold | 10/02/14 | L | C | |
| 84. PRUDENTIAL SHORT DUR HIGH YLD INCOME FD CL Z (HYSZX) | C | Dividend | L | T | Buy (add'l) | 02/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | | | | | |
| 86. TRANSAMERICA GLOBAL EQUITY FUND CL I (TMUIX) | A | Dividend | L | T | Buy | 11/21/14 | L | | |
| 87. Transamerica MLP & Energy Income Fund CL I (TMLPX) | C | Dividend | L | T | Buy (add'l) | 02/26/14 | K | | |
| 88. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 89. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 90. Blackrock Eqty Dividend Fund Instl (MADVX) | D | Dividend | M | T | | | | | |
| 91. Franklin Rising Dividends FD (FRDAX) | B | Dividend | L | T | Sold (part) | 02/19/14 | M | E | |
| 92. Franklin Income FD ADV Class (FRIAX) | C | Dividend | L | T | | | | | |
| 93. Loomis Sayles Strategic Inc FD (NEZYX) | C | Dividend | L | T | | | | | |
| 94. Templeton GLBL Bond FD ADV CL (TGBAX) | A | Dividend | | T | Sold | 05/12/14 | L | C | |
| 95. SPDR INDEX SHS FDS (FEZ) | B | Dividend | L | T | Buy (add'l) | 03/06/14 | J | | |
| 96. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 97. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 98. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 99. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 100. New York NY 5% 15GO UTX DUE 11/01/15 | A | Interest | | T | Redeemed | 11/01/14 | K | A | |
| 101. Ohio State 5% 14GO DUE 11/01/14 | A | Interest | | T | Redeemed | 11/03/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 103.  Washington St 5.0% 16 EXIT DB DUE 07/01/16 | A | Interest | K | T | | | | | |
| 104.  AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | C | Dividend | K | T | | | | | |
| 105.  American Century Inflation ADJ BD INV (ACITX) | A | Dividend | K | T | | | | | |
| 106.  BAIRD AGGREGATE BOND INST (BAGIX) | A | Dividend | L | T | Buy | 05/15/14 | K | | |
| 107. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 108. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 109.  BARON SMALL CAP FUND (BSCFX) | C | Dividend | L | T | | | | | |
| 110.  BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | C | Dividend | L | T | | | | | |
| 111.  COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | C | Dividend | L | T | | | | | |
| 112.  EGSHARES ETF EMERGING MARKETS (ECON) | A | Dividend | J | T | | | | | |
| 113.  FEDERATED SHORT INTERMEDIATE DURATION MUNI TR INST (FSHIX) | A | Dividend | L | T | Buy | 05/15/14 | J | | |
| 114. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 115. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 116. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 117. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 118. | | | | | Buy (add'l) | 09/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 120. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 121. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 122. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | B | Dividend | K | T | | | | | |
| 123. FIDELITY CONTRA FUND (FCNTX) | D | Dividend | M | T | | | | | |
| 124. FRANKLIN GROWTH FUND ADV CL (FCGAX) | A | Dividend | L | T | | | | | |
| 125. GLOBAL X ETF NEXT EMERGING & FRONTIER (EMFM) | A | Dividend | J | T | Buy | 04/16/14 | J | | |
| 126. HARBOR INTERNATIONAL FUND INST CL (HAINX) | B | Dividend | L | T | | | | | |
| 127. ISHARES ETF AAA-A RATED CORPORATE (QLTA) | A | Dividend | J | T | | | | | |
| 128. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | K | T | | | | | |
| 129. ISHARES Core Total U.S. Bond Mkt ETF(AGG) | B | Dividend | L | T | | | | | |
| 130. ISHARES TR BOND 1-3 YEAR CREDIT BOND ETF (CSJ) | A | Dividend | L | T | Buy (add'l) | 02/06/14 | K | | |
| 131. | | | | | Sold (part) | 06/06/14 | K | A | |
| 132. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 133. ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | | | | | |
| 134. ISHARES MSCI HONG KONG INDEX FUND (EWH) | A | Dividend | J | T | Buy | 08/20/14 | J | | |
| 135. ISHARES MSCI INDIA ETF (INDA) | A | Dividend | J | T | Buy | 06/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. ISHARES MSCI UNITED KINGDOM INDX FD (EWU) | A | Dividend | | T | Sold | 10/09/14 | J | A | |
| 137. ISHARES MSCI GERMANY INDEX FUND (EWG) | A | Dividend | J | T | Sold (part) | 02/12/14 | J | A | |
| 138. | | | | | Sold (part) | 08/20/14 | J | B | |
| 139. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | K | T | Buy (add'l) | 06/12/14 | J | | |
| 140. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 141. ISHARES TR BARCLAYS TIPS BOND FUND (TIP) | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | A | |
| 142. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | J | T | Sold (part) | 02/06/14 | J | C | |
| 143. LORD ABBETT SHORT DUR INCOME FD CL A (LALDX)(formerly LALSZ) | C | Dividend | M | T | | | | | |
| 144. Lord Abbett Multi Asset Income Fund (LIGFX) | D | Dividend | M | T | Buy | 02/19/14 | K | | |
| 145. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 146. | | | | | Buy (add'l) | 06/25/14 | K | | |
| 147. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 148. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 149. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 150. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | B | Dividend | L | T | Buy (add'l) | 02/16/14 | K | | |
| 151. OAKMARK INT'L FUND (OAKIX) | D | Dividend | M | T | Buy (add'l) | 02/19/14 | K | | |
| 152. | | | | | Buy (add'l) | 03/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 154. OPPENHEIMER EQUITY INCM FD CL A (QCV3Z) | D | Dividend | L | T | | | | | |
| 155. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | B | Dividend | K | T | | | | | |
| 156. PIMCO ETF 0-5 YR HIGH YIELD CORP (HYS) | B | Dividend | K | T | Buy (add'l) | 02/06/14 | J | | |
| 157. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 158. | | | | | Sold (part) | 07/10/14 | J | | |
| 159. PIMCO FOREIGN BOND FD UNHEDGED CL D (PFBDX) | A | Dividend | K | T | | | | | |
| 160. POWERSHS DB COMMDTY INDX (DBC) | A | Dividend | K | T | Buy (add'l) | 06/12/14 | J | | |
| 161. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 162. POWERSHARES S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | N | T | Buy (add'l) | 02/26/14 | J | | |
| 163. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 164. | | | | | Buy (add'l) | 03/10/14 | K | | |
| 165. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 166. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 167. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 168. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 169. | | | | | Buy (add'l) | 08/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold (part) | 10/23/14 | J | A | |
| 171. POWERSHS QQQ TRUST SER 1 (QQQ) | A | Dividend | K | T | Sold (part) | 06/12/14 | J | A | |
| 172. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 173. | | | | | Sold (part) | 10/23/14 | J | A | |
| 174. SENTINEL SMALL COMPANY I (SIGWX) | D | Dividend | K | T | | | | | |
| 175. SPDR BARCLAYS CAP ETF SHORT TERM CORPORATE (SCPB) | A | Dividend | K | T | Buy (add'l) | 06/12/14 | J | | |
| 176. S P D R S&P 500 ETF TR EXPIRING 01/22/2118 (SPY) | A | Dividend | K | T | Sold (part) | 06/12/14 | J | A | |
| 177. SPDR GOLD TRUST SPDR GOLD SHARES (GLD) | A | Dividend | | T | Sold | 02/06/14 | K | A | |
| 178. SPDR S&P Dividend ETF (SDY) | D | Dividend | M | T | | | | | |
| 179. Parnassus Equity Income Fund Investor SH (PRBLX) | B | Dividend | L | T | | | | | |
| 180. Manning & Napier World Oppty A (EXWAX) | C | Dividend | K | T | | | | | |
| 181. Schwab S&P 500 Index FD (SWPPX) | B | Dividend | M | T | Buy (add'l) | 05/20/14 | J | | |
| 182. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 183. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 184. Scout Intl FD (UMBWX) | C | Dividend | K | T | | | | | |
| 185. Vanguard Growth ETF (VUG) | C | Dividend | N | T | Buy (add'l) | 03/06/14 | J | | |
| 186. | | | | | Buy (add'l) | 03/12/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 188. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 189. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 190. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 191. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | M | T | | | | | |
| 192. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | A | Dividend | K | T | Buy (add'l) | 07/10/14 | J | | |
| 193. VANGUARD EQUITY INCOME FD INVESTOR SHRS (VEIPX) | B | Dividend | K | T | | | | | |
| 194. VANGUARD REIT (VNQ) | B | Dividend | K | T | Buy (add'l) | 06/06/14 | J | | |
| 195. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | K | T | | | | | |
| 196. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | B | Dividend | L | T | | | | | |
| 197. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | B | Dividend | K | T | Buy (add'l) | 06/12/14 | J | | |
| 198. | | | | | Sold (part) | 10/23/14 | J | | |
| 199. VANGUARD DIV APPRECIATION (VIG) | A | Dividend | K | T | Sold (part) | 02/26/14 | J | C | |
| 200. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 201. VANGUARD MSCI FTSE Developed Markets ETF (VEA) | A | Dividend | K | T | Buy (add'l) | 10/23/14 | J | | |
| 202. VANGUARD MSCI FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. VANGUARD TOTAL STOCK MKT (VTI) | A | Dividend | K | T | Sold (part) | 06/12/14 | J | A | |
| 204. WESTERN ASSET CORE PLUS BD FD I (WACPX) | D | Dividend | M | T | | | | | |
| 205. WISDOMTREE ASIA ETF LOCAL DEBT FUND (ALD) | A | Dividend | J | T | Sold (part) | 04/16/14 | J | A | |
| 206. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | B | Dividend | K | T | | | | | |
| 207. WISDOMTREE JAPAN HEDGED EQUITY FUND (DXJ) | A | Dividend | | T | Sold (part) | 06/06/14 | J | C | |
| 208. | | | | | Sold | 07/10/14 | J | B | |
| 209. WISDOMTREE TRUST BRAZILIAN REAL FUND (BZF) | A | Dividend | | T | Sold | 01/27/14 | J | A | |
| 210. GENL ELEC CAP CP 5.1%15 INTERNOTE DUE 08/15/15 | B | Interest | K | T | | | | | |
| 211. PRINCIPAL LIFE 5.10%14 NOTES DUE 04/15/14 | A | Interest | | T | Redeemed | 04/15/14 | K | A | |
| 212. VERIZON GLOBAL 4.9%15 BONDS DUE 09/15/15 CALLABLE | B | Interest | | T | Redeemed | 11/24/14 | K | A | |
| 213. LOEWS CORP 5.25%16 NOTES DUE 03/15/16 | B | Interest | K | T | | | | | |
| 214. STATE BK INDIA CD DUE 06/22/17 | A | Interest | L | T | | | | | |
| 215. AMERICAN MUN PWR REV DUE 02/15/23 | B | Interest | | T | Redeemed | 11/21/14 | K | A | |
| 216. CHARLESTON CO SC EDL EXCE 5%23REV DUE 12/01/23 | B | Interest | K | T | | | | | |
| 217. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 218. LOS ANGELES CALIF GO U/LTX DUE 07/01/17 | A | Interest | K | T | | | | | |
| 219. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 220. NC ST LTD OBG REV 5% 5/1/2025 | A | Interest | L | T | Buy | 11/13/14 | L | | |
| 221. New Jersey Turnpike NJ REV 5% 1/1/25 | A | Interest | K | T | Buy | 09/04/14 | K | | |
| 222. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | K | T | | | | | |
| 223. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 224. SAN FRANCISCO CALIF REV DUE 05/01/21 | A | Interest | K | T | | | | | |
| 225. SAN FRANCISCO CALIF GO U/LTX DUE 06/15/24 | A | Interest | K | T | | | | | |
| 226. Univ Cincinnati OH REV 5% 6/1/23 | B | Interest | L | T | Buy | 05/28/14 | L | | |
| 227. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | K | T | | | | | |
| 228. WASHINGTON ST FOR 5%19GO LTX DUE 07/01/19 | A | Interest | K | T | | | | | |
| 229. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | B | Interest | K | T | | | | | |
| 230. King & Spalding LLP Cash Balance Plan | B | Dividend | K | T | | | | | |
| 231. Allianz GI FIXED INCOME SHARES SERIES C (FXICX) | D | Dividend | L | T | Buy (add'l) | 02/11/14 | J | | |
| 232. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 233. | | | | | Buy (add'l) | 05/13/14 | K | | |
| 234. | | | | | Sold (part) | 06/16/14 | J | A | |
| 235. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 236. | | | | | Buy (add'l) | 10/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 238. Allianz GI FIXED INCOME SHARES SERIES M (FXIMX) | D | Dividend | L | T | Buy (add'l) | 02/11/14 | J | | |
| 239. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 240. | | | | | Buy (add'l) | 05/13/14 | K | | |
| 241. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 242. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 243. FHLMC        5% 40 due 07/01/40 | A | Interest | J | T | Buy | 05/15/14 | J | | |
| 244. FHLMC        3.5% 44 Due 11/1/44 | A | Interest | J | T | Buy | 11/18/14 | J | | |
| 245. FHLMC        4.5% 41 DUE 07/01/41 | A | Interest | J | T | | | | | |
| 246. FHLMC        3% 43 DUE 04/01/43 | A | Interest | | T | Sold | 02/10/14 | J | A | |
| 247. FNMA PL        4.5% 40 DUE 05/01/40 | B | Interest | J | T | | | | | |
| 248. FNMA PL        5% 36 DUE 06/01/36 | A | Interest | J | T | | | | | |
| 249. FNMA PL        3.5% 43 Due 5/01/43 | A | Interest | J | T | Buy | 05/16/14 | J | | |
| 250. FMNA PL        4% 41 Due 2/01/41 | A | Interest | | T | Buy | 05/15/14 | J | | |
| 251. | | | | | Sold | 10/15/14 | J | A | |
| 252. FNMA PL        4.5% 41 Due 3/01/41 | A | Interest | J | T | Buy | 05/15/14 | J | | |
| 253. FNMA PL        4% 41 Due 11/01/41 | A | Interest | | T | Buy | 03/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Sold | 04/08/14 | J | A | |
| 255. FNMA PL [   ] 4% 41 Due 12/01/41 | A | Interest | | T | Buy | 05/15/14 | J | | |
| 256. | | | | | Sold | 10/15/14 | J | A | |
| 257. FNMA PL [   ] 5% 40 DUE 05/01/40 | A | Interest | J | T | | | | | |
| 258. FNMA PL [   ] 4% 42 DUE 05/01/42 | B | Interest | | T | Sold (part) | 04/07/14 | J | | |
| 259. | | | | | Sold | 10/15/14 | J | A | |
| 260. FNMA PL [   ] 3% 43 DUE 02/01/43 | A | Interest | | T | Sold | 02/07/14 | J | A | |
| 261. FNMA PL [   ] 3.5% 42 DUE 09/01/42 | A | Interest | J | T | | | | | |
| 262. FNMA PL [   ] 3.5% 43 DUE 06/01/43 | A | Interest | J | T | | | | | |
| 263. FNMA PL [   ] 4% 43 due 06/01/43 | A | Interest | | T | Buy | 09/15/14 | J | | |
| 264. | | | | | Sold | 10/15/14 | J | A | |
| 265. FNMA PL [   ] 4% 43 DUE 08/01/43 | A | Interest | | T | Sold | 04/08/14 | J | A | |
| 266. FNMA PL [   ] 3.5% 43 DUE 10/01/43 | A | Interest | J | T | | | | | |
| 267. FNMA PL [   ] 4.5% 43 Due 12/01/43 | A | Interest | J | T | Buy | 09/15/14 | J | | |
| 268. FNMA PL [   ] 4.5% 44 Due 3/01/44 | A | Interest | J | T | Buy | 02/13/14 | J | | |
| 269. US TREASURY NT 1.125% 12/19 DUE 12/31/19 | A | Interest | | T | Buy (add'l) | 05/13/14 | J | | |
| 270. | | | | | Sold (part) | 08/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Sold | 09/25/14 | J | A | |
| 272. US TREASURY NT 2.375% 8/24 DUE 08/15/24 | A | Interest | J | T | Buy | 09/29/14 | J | | |
| 273. US TREASURY NT 0.75% 1/17 DUE 1/15/17 | A | Interest | | T | Buy | 02/26/14 | J | | |
| 274. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 275. | | | | | Sold | 06/13/14 | J | A | |
| 276. US TREASURY NT 0.75% 10/17 DUE 10/31/17 | A | Interest | K | T | Buy (add'l) | 02/18/14 | J | | |
| 277. | | | | | Sold (part) | 04/10/14 | J | A | |
| 278. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 279. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 280. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 281. US TREASURY 2%02/23 BOND DUE 02/15/23 | A | Interest | | T | Sold | 02/11/14 | J | A | |
| 282. US TREASURY 2%11/21 BOND DUE 11/15/21 | A | Interest | K | T | Buy (add'l) | 05/13/14 | J | | |
| 283. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 284. US TREASURY 3.125%08/44 BOND DUE 08/15/44 | A | Interest | J | T | Buy | 09/16/14 | J | | |
| 285. US TREASURY NT 3.625% 2/21 DUE 02/15/21 | A | Interest | K | T | Buy | 04/16/14 | J | | |
| 286. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 287. | | | | | Buy (add'l) | 09/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 289. US TREASURY NT 1% 05/18 DUE 05/31/18 | A | Interest | | T | Buy | 02/12/14 | J | | |
| 290. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 291. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 292. | | | | | Sold (part) | 09/09/14 | J | A | |
| 293. | | | | | Sold | 09/25/14 | J | A | |
| 294. UST INFL IDX 0.125%07/22 DUE 07/15/22 | A | Interest | K | T | | | | | |
| 295. UST INFL IDX 2.5% 01/29 DUE 01/15/29 | A | Interest | K | | Buy | 07/11/14 | J | | |
| 296. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 297. UST INFL IDX 2.375%01/25 DUE 01/15/25 | A | Interest | | T | Buy (add'l) | 02/18/14 | J | | |
| 298. | | | | | Sold (part) | 02/19/14 | J | A | |
| 299. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 300. | | | | | Buy (add'l) | 05/13/14 | K | | |
| 301. | | | | | Sold | 07/14/14 | K | A | |
| 302. Trust #2 (formerly Estate #1) | | | | | | | | | |
| 303. - Wells Fargo cash acc't | A | Interest | N | T | | | | | |
| 304. - Atlanta Postal Credit Union cash acc't | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. - Cornerstone Bank cash acc't | A | Interest | M | T | | | | | |
| 306. - Coca-Cola common stock | B | Dividend | L | T | | | | | |
| 307. - Fidelity Bank cash acc't | A | Interest | M | T | Open | 12/11/14 | M | | |
| 308. - SunTrust Bank cash acc't | A | Interest | M | T | Open | 04/08/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544